UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>In the matter of the Extradition of YONAIKER GABRIEL SEQUERA OLIVEROS,<br><br>                              Defendant. | Case No.  MJ25-5159<br><br>DETENTION ORDER |

      THE COURT conducted a detention hearing concerning the provisional arrest warrant and Complaint for extradition to the Republic of Chile ("Chile"). 18 U.S.C. Section 3184, Western District of Washington Magistrate Judges Rules, MJR 1(c).

      The United States presented the Complaint pursuant to its obligations under the Extradition Treaty with Chile. Dkt. 1, Complaint. The Court found sufficient probable cause and issued the provisional arrest warrant, under 18 U.S.C. Sections 3181 et. seq. Dkt. 2, warrant. The Government filed a motion for detention. Dkt. 3, Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings.

      At the hearing on April 22, 2025, Mr. Oliveros, through counsel, stipulated and did not object to detention and the Court ordered that he will be detained pending extradition proceedings. Dkt. 7. Another hearing has been set for June 23, 2025, on request of the Government and pursuant to the Extradition Treaty with Chile. Dkt. 7.

*Order of Detention*

- The defendant, Yonaiker Gabriel Sequera Oliveros, also known as Gabriel Astudillo, shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
- The defendant shall be afforded reasonable opportunity for private consultation with counsel.
- The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 25th day of April, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge